UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Leica Microsystems Heidelberg GmbH | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-1345 GMS |
| | ) | |
| vs. | ) | |
| | ) | |
| Bio-Rad Laboratories, Inc. | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO SERVE DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff Leica Microsystems Heidelberg GmbH hereby moves this Court for an order enlarging the time to serve the defendant(s) on the following grounds:

1. This is a Patent Infringement lawsuit that was filed on October 8, 2004.

2. Since the suit was filed, plaintiff and defendant have been engaged in settlement negotiations.

3. Defendant has never been served with the suit, though a courtesy copy has been provided to defendant's attorney.

4. Federal Rule of Civil Procedure 4(m) requires that service be made 120 days after the filing of the Complaint. This Court has already granted one motion to enlarge time to serve the defendant while settlement negotiations continue. The deadline to serve the defendant under the Court's first Order granting an extension to serve the defendant is June 17, 2005.

5. Plaintiff and defendant are close to resolving this matter, but will not be able to finalize the settlement and sign the settlement papers until after the deadline to serve has passed.

6. Federal Rule of Civil Procedure 6(b) gives the Court discretion to enlarge the deadline for good cause shown if the request is made within the period originally prescribed or as extended by a previous order.

7. In this case, the parties anticipate that a settlement will be reached within 30 days and the case will be dismissed when the agreement is reached.

8. Plaintiff brings this motion in good faith.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order, in the attached form, granting Plaintiff an additional 120 days to effectuate service on defendant.

**McCULLOUGH & McKENTY, P.A.**

/ s/ Gerald J. Hager
Gerald J. Hager (Del. Id. No. 4097)
824 Market Street, Fourth Floor
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Email address: ghager@mccmck.com
Attorneys for Plaintiff

Dated: June 16, 2005

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Leica Microsystems Heidelberg GmbH | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-1345 GMS |
| | ) | |
| vs. | ) | |
| | ) | |
| Bio-Rad Laboratories, Inc. | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**AND NOW**, the Court having considered Plaintiff's Motion for Enlargement of Time to Serve Defendant, and it appearing that the motion is brought in good faith,

**IT IS HEREBY ORDERED** this _____ day of _____, 2005, that the Plaintiff's motion is **GRANTED** and plaintiff shall have an additional 120 days from the date of this Order to effectuate service on defendant Bio-Rad Laboratories, Inc.

_____
J.