# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Leica Microsystems Heidelberg GmbH | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-1345 GMS |
| | ) | |
| vs. | ) | |
| | ) | |
| Bio-Rad Laboratories, Inc. | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Leica Microsystems Heidelberg GmnH, by and through its undersigned counsel hereby voluntarily dismisses the above captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1).

1. This patent infringement lawsuit was filed on October 8, 2004.

2. On February 17, 2005 and June 17, 2005, this Court granted the plaintiff extensions of time to serve the defendant while plaintiff and defendant engaged in settlement discussions.

3. The plaintiff never served the Complaint on the Defendant.

4. Plaintiff and defendant have finalized a settlement of the claims raised in the Complaint.

5. Federal Rule of Civil Procedure 41(a)(1) allows the plaintiff to voluntarily dismiss the Complaint by filing notice before the adverse party is served with the Complaint.

6. Plaintiff, therefore, voluntarily dismisses the Complaint.

**McCULLOUGH & McKENTY, P.A.**

/s/Gerald J. Hager
Gerald J. Hager (Del. Id. 4097)
1225 North King Street, 11th Floor
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Plaintiff

Dated: August 23, 2005